# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127984 & (14)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ARTHUR M. CHIAPPINI,
       Defendant-Appellant.

SC: 127984
COA: 259952
Grand Traverse CC: 97-007488-FH

_____/

      On order of the Court, the application for leave to appeal the February 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to expand argument is DENIED.

      KELLY, J., would grant the motion to expand argument and hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

p1024